UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff: ANDAREX LTD

-v-

Defendant: REPUBLIC OF ARGENTINA

07 CIV 5593

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ANDAREX LTD (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.



RECEIVED JUN 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

Date: 6/12/07

Signature of Attorney

Attorney Bar Code: AB-0564

Form Rule7_1.pdf