AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

Andrarex Ltd.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Republic of Argentina

**07 CIV 5593**

TO: (Name and address of defendant)

Republic of Argentina c/o Banco de la Nación Argentina, 225 Park Avenue, New York, NY 10169

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrea Boggio
Bryant University
1150 Douglas Pike
Smithfield, RI 02917
(646) 342-1577
boggio@stanfordalumni.org

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 1 2 2007

J. MICHAEL McMAHON

CLERK                                    DATE

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 06/12/07 |
| NAME OF SERVER *(PRINT)* <br> I. MAHABEE | TITLE <br> MR. |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: _____
Banco de la Nación Argentina, 225 Park Avenue, New York, NY 10169

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/12/07
             Date

Signature of Server: I. Mahabee

Address of Server: 85-44 165 St Apt 1A
NY 11432

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.