UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRAREX LTD., <br><br>                              Plaintiff, <br><br> v. <br><br> REPUBLIC OF ARGENTINA, <br><br>                              Defendant | Case No.07-CV-05593 (UA) <br><br> ECF CASE |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that the Complaint (Dkt. No. 1) and the Rule 7.1 Corporate Disclosure Statement ("Rule 7.1 Statement")(Dkt. No. 2), filed by Plaintiff on June 12, 2007, contains an inadvertent, typographical error pertaining to the name of Plaintiff.  While the name appearing on the Complaint and on the Rule 7.1 Statement is written as "Andarex Ltd.", the actual and correct name of Plaintiff is "Andrarex Ltd."  Plaintiff's name appears in its correct form on the Summons issued as to Republic of Argentina retuned executed (Dkt. No. 3) and on the Civil Cover Sheet, also filed on by Plaintiff on June 12, 2007.  Plaintiff respectfully requests that the Clerk replaces the first page of the Complaint and the first page of the Rule 7.1 Statement with the pages attached to Exhibits A and B, respectively, enclosed with this Notice.

DATED:  June 18, 2007              By       /s/Andrea Boggio
                                                   Andrea Boggio (AB-0564)
                                                   Attorney at Law
                                                   1150 Douglas Pike
                                                   Smithfield, RI 02917
                                                   Telephone: (646) 342-1577
                                                   boggio@stanfordalumni.org

                                                   Attorney for Andrarex Ltd.

**CERTIFICATE OF SERVICE**

    I, Andrea Boggio, an attorney duly admitted to practice law in the State of New York and before the United States District Court for the Southern District of New York and counsel for Plaintiff Andrarex Ltd., hereby certify that:

    1.    On the 18th day of June 2007, Plaintiff's Notice of Errata, also including the attached Exhibits A and B, were served by UPS Overnight Delivery upon:

> Republic of Argentina
> c/o Banco de la Nación Argentina
> 225 Park Avenue
> New York, NY 10169

    2.    This service was made personally.
Executed on June 18, 2007 at Providence, Rhode Island.


                              By   /s/Andrea Boggio
                                   Andrea Boggio (AB-0564)