# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Andrarex Ltd.

                                                07-cv-05593 (UA)

                   Plaintiff,        **COMPLAINT**

v.                                               ECF CASE

Republic of Argentina,

                   Defendant    :
------------------------------------------------------------x

Andrarex Ltd., by its attorneys, for their Complaint alleges as follows:

## I. PARTIES

Andrarex Ltd., a corporation organized under the laws of the British Virgin Islands, owns beneficial interests in six bonds ("the Bonds") subject to U.S. jurisdiction that were issued by Argentina but upon which the Republic of Argentina has refused to pay interest or principal, causing monetary damages to Plaintiff: (a) bonds with International Securities Identification Number ("ISIN") US040114BE93, maturity date of April 7, 2009, and coupon rate of 11.75 percent ("2009 Bond"); (b) bonds with ISIN US040114FC91, maturity date of March 15, 2010, and coupon rate of 1.375 percent ("2010 Bond"); (c) bonds with ISIN US040114GD65, maturity date of February 21, 2012, and coupon rate of 12.375 percent ("2012 Bond"); (d) bonds with ISIN US040114GA27, maturity date of June 15, 2015, and coupon rate of 1.75 percent ("2027 Bond"); (e) bonds with ISIN US040114AV28, maturity date of September 19, 2027, and coupon rate of 9.75 percent ("2028 Bond"); (f) bonds with ISIN US040114GH79, maturity date of June 19, 2031, and coupon rate of 12 percent ("2031 Bond").

2.       Defendant Argentina is a sovereign nation as defined in 28 U.S.C. § 1603(a).

## II. JURISDICTION AND VENUE

3.       Venue is proper in this district pursuant to 28 U.S.C. § 1391(f) and pursuant to certain contractual terms governing the Bonds.