# EXHIBIT "B"

Case 1:07-cv-05593-TPG     Document 4-3     Filed 06/18/2007     Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRAREX LTD., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF ARGENTINA, <br><br> Defendant | Case No.07-CV-05593 (UA) <br><br> <u>ECF CASE</u> <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Andrarex Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

DATED: June 18, 2007

By _____
Andrea Boggio (AB-0564)
Attorney at Law
1150 Douglas Pike
Smithfield, RI 02917
Telephone: (646) 342-1577
boggio@stanfordalumni.org

Attorney for Andrarex Ltd.