SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Andrarex Ltd.,                                          :
                                                        :    07-cv-05593 (TPG)
                          Plaintiff,   :
                                                        :    ECF CASE
     v.                                                 :
                                                        :
Republic of Argentina,                                  :
                                                        :
                          Defendant    :
                                                        :
------------------------------------------------------------x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

      PLEASE TAKE NOTICE THAT upon the annexed Declaration of Sebastian E. Paniza P., made under penalty of perjury on December 7, 2007, Declaration of François De Szy and Hendrick Buesink in support of Plaintiff's Motion for Summary Judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, made under penalty of perjury on October 10, 2007, and all attached exhibits, the Declaration of Andrea Boggio, made under penalty of perjury on December 18, 2007, and all attached exhibits, the Statement of Material Undisputed Facts Pursuant to Local Civil Rule 56.1, the accompanying Memorandum of Law, and the pleadings and all prior proceedings had herein, the undersigned will move this Court, before the Honorable Thomas P. Griesa, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order for summary judgment pursuant to Fed. R. Civ. P. 56(a) granting Plaintiff summary judgment as against defendant The Republic of Argentina, to strike defendant's discovery requests and for such other relief as the Court deems proper and just.

- 2 -

Dated: New York, New York

    December 18, 2007

                By   <u>/s/ Andrea Boggio</u>
                    Andrea Boggio (AB-0564)
                    Attorney at Law
                    1150 Douglas Pike
                    Smithfield, RI 02917
                    Telephone: (646) 342-1577
                    boggio@stanfordalumni.org

                    *Attorney for Andrarex Ltd.*

To:    Carmine Boccuzzi
       Cleary Gottlieb Steen & Hamilton LLP
       One Liberty Plaza
       New York, NY 10006
       (212) 225-2000'

       *Attorney for Defendant*