UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
Andrarex Ltd.,                                             :
                                                           :   07-cv-05593 (TPG)
                              Plaintiff,                   :
                                                           :   ECF CASE
              v.                                           :
                                                           :
Republic of Argentina,                                     :
                                                           :
                              Defendant                    :
                                                           :
-----------------------------------------------------------x
```

## DECLARATION OF ANDREA BOGGIO IN SUPPORT OF ANDRAREX LTD.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, Andrea Boggio declares as follows:

1. I am an attorney duly admitted to practice law in the State of New York and before the United States District Court for the Southern District of New York. I am counsel for Plaintiff Andrarex Ltd. ("Andrarex") in this action. I am competent to testify to matters contained in this declaration.

2. I submit this declaration on behalf of Andrarex in support of Plaintiff's Motion for Summary Judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.

3. I have personal knowledge of the matters contained in this declaration, and I keep records of the matters described in this declaration in the regular course of business.

4. Argentina failed to make the interest payments on the Bonds and issued a Moratorium on or about December 24, 2001. I attach as Exhibit A a true and correct copy of a press release dated December 24, 2001, issued by the Ministerio de Economía of the Republic of Argentina declaring a moratorium on interest and principal payments.

- 2 -

5. Argentina defaulted 30 days after each failure to make interest payments on the Bonds.

6. The Securities of such Series and/or the Series for the Bonds were declared immediately due and payable by declaration notice sent by plaintiff's attorney on July 3, 2007. I attach as Exhibits B a true and correct copy of Notice of Declaration of Notice of Declaration of 2009, 2010, 2012, 2015, 2027, and 2031 Series Immediately Due and Payable, dated July 3, 2007 (Letter to Mr. Stanley Burg).

7. I attach as Exhibit C a true and correct copy of the Complaint, dated June 12, 2007.

8. I attach as Exhibit D a true and correct copy of the Answer, dated August 14, 2007.

9. I attach as Exhibit E a true and correct copy of Defendant's First Request for the Production of Documents, dated August 13, 2007.

10. I attach as Exhibit F a true and correct copy of the Fiscal Agency Agreement dated October 19, 1994.

DATED:  December 18, 2007
         New York, New York

By   /s/ Andrea Boggio
    Andrea Boggio (AB-0564)
    Attorney at Law
    1150 Douglas Pike
    Smithfield, RI 02917
    Telephone:  (646) 342-1577
    boggio@stanfordalumni.org

*Attorney for Andrarex Ltd.*