# EXHIBIT "A"



**Ministerio de Economía**

**Secretaría de Finanzas**

### COMUNICADO DE PRENSA

La República Argentina anunció hoy que en forma inmediata se ha dispuesto diferir el pago de intereses y capital correspondientes a la deuda pública externa ("Public External Indebtedness").

Esta decisión se ha tomado como consecuencia de la persistente recesión económica que, sumada a la falta de acceso a los mercados internacionales de capitales, han debilitado las finanzas públicas trayendo grandes inconvenientes a los Argentinos.

También se anunció que en breve se iniciarán consultas con los acreedores para reprogramar la deuda. Esta reprogramación será una parte esencial del plan de sustentabilidad económica que se elaborará para restaurar la solvencia y prosperidad de la economía Argentina.

24 de diciembre de 2001



**Ministerio de Economía**

Secretaría de Finanzas

PRESS RELEASE                                    FOR IMMEDIATE RELEASE

December 24, 2001

The Republic of Argentina today announced that it will be deferring interest and principal payments due on its public external indebtedness, effective immediately.

The Republic has taken this decision because an enduring economic recession, coupled with a lack of access to the international capital markets, have impaired public finances and brought hardship on the Argentine population.

The Republic also announced that it will shortly commence discussions with its creditors to reprofile its indebtedness. The reprofiling will be an essential part of a sustainable comprehensive plan to restart the Argentine economy and restore Argentina to economic health and prosperity.