# EXHIBIT "B"

# Andrea Boggio

1150 Douglas Pike | Suite F | Smithfield, RI 02917 | USA
Tel. +1-646-342-1577 | Fax. +1-401-232-6319 | boggio@stanfordalumni.org

July 3, 2007

Mr. Stanley Burg
Deutsche Bank Trust Company Americas
MS NYC 60-2720
60 Wall Street
New York, NY 10005

Fax: 212-797-8610

**Re:     Bonds issued by the Republic of Argentina**

Dear Mr. Burg:

My client, Andrarex Ltd., owns $2.63 million worth of bonds with the following International Securities Identification Numbers:

    (a) US040114BE93
    (b) US040114FC91
    (c) US040114GD65
    (d) US040114GA27
    (e) US040114AV28
    (f) US040114GH79

These bonds were issued by the Republic of Argentina, as noted in the attached documentation. I understand that you are the Fiscal Agent for these bonds.

Hence, we declare the principal and interest owed to Andrarex Ltd. to be immediately due and payable

You may contact me directly about this matter.

Best regards,

Andrea Boggio, Esq.

Encl.: Attachments

HSBC Private Bank ◆X▶

## To whom it may concern

Lugano, December 5, 2006

Re: Republic of Argentina bonds

Upon request of the account holder we hereby confirm that as of today we hold in the account of Andrarex Limited  with our bank the following bonds" "Republic of Argentina":

| | |
|---|---|
| Denomination | ARGENTINA 11, 375% |
| Maturity | 15.03.10 |
| Nominal Value | 900.000 US$ |
| Purchase price | 56.27% |
| ISIN | US040114FC91 |

| | |
|---|---|
| Denomination | ARGENTINA 12% |
| Maturity | 19.06.31 |
| Nominal Value | 330.000 US$ |
| Purchase price | 26.25% |
| ISIN | US040114GH79 |

| | |
|---|---|
| Denomination | ARGENTINA 11,7% |
| Maturity | 07.04.09 |
| Nominal Value | 300.000 US$ |
| Purchase price | 72.23% |
| ISIN | US040114BE93 |

| | |
|---|---|
| Denomination | ARGENTINA 11,7%, |
| Maturity | 15.06.15 |
| Nominal Value | 700.000 US$ |
| Purchase price | 65.62% |
| ISIN | US040114GA27 |

HSBC Private Bank ⬦⬥

| | |
|---|---|
| Denomination | |
| Maturity | 21.02.12 |
| Nominal Value | 200.000 US$ |
| Purchase price | 60.00% |
| ISIN | US040114GD65 |

ARGENTINA 12, 3%

| | |
|---|---|
| Denomination | |
| Maturity | 19.09.27 |
| Nominal Value | 200.000 US$ |
| Purchase price | 80.50% |
| ISIN | US040114AV28 |

ARGENTINA 9, 75%

S E & O

HSBC Private Bank (Suisse) S.A.

```
***********************
***  TX REPORT  ***
***********************


TRANSMISSION OK

TX/RX NO           1039
CONNECTION TEL            912127978610
SUBADDRESS
CONNECTION ID
ST. TIME           07/06 01:47
USAGE T            00'29
PGS. SENT          3
RESULT             OK
```

# Andrea Boggio

1150 Douglas Pike | Suite F | Smithfield, RI 02917 | USA
Tel. +1-646-342-1577 | Fax. +1-401-232-6319 | boggio@stanfordalumni.org

July 3, 2007

Mr. Stanley Burg
Deutsche Bank Trust Company Americas
MS NYC 60-2720
60 Wall Street
New York, NY 10005

Fax: 212-797-8610

Post-it® Fax Note 7671

| Date 7/3/7 | # of pages ▶ 3 |
|---|---|
| To STANLEY BURG | From ANDREA BOGGIO |
| Co./Dept DEUTSCHE BANK | Co. BRYANT UNIVERSITY |
| Phone # 212-250-9255 | Phone # 401.232.6455 |
| Fax # 212-797-0022 | Fax # 401.232.6319 |

**Re:** <u>Bonds issued by the Republic of Argentina</u>

Dear Mr. Burg:

My client, Andrarex Ltd., owns $2.63 million worth of bonds with the following International Securities Identification Numbers:

(a) US040114BE93
(b) US040114FC91
(c) US040114GD65
(d) US040114GA27
(e) US040114AV28
(f) US040114GH79

These bonds were issued by the Republic of Argentina, as noted in the attached documentation. I understand that you are the Fiscal Agent for these bonds.

Hence, we declare the principal and interest owed to Andrarex Ltd. to be immediately due and payable