UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Andrarex Ltd.,

        Plaintiff,

  v.

Republic of Argentina,

        Defendant
------------------------------------------------------------x

07-cv-05593 (TPG)

ECF CASE

## DECLARATION OF SEBASTIAN E. PANIZA P.

Pursuant to 28 U.S.C. § 1746, I, Sebastian E. Paniza P., hereby declare under penalty of perjury under the laws of the United States of America as follows:

1. I, Sebastian E. Paniza P., submit this declaration on behalf of Andrarex Ltd. ("Andrarex"), which is the plaintiff in this matter, in support of Plaintiff's Motion for Summary Judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure. I have personal knowledge of the facts and circumstances of this matter.

2. I am a citizen of Panama. I reside in Calle 4$^{ta}$, San Felipe, Panama, Republic of Panama.

3. Andrarex is a corporation organized under the laws of the British Virgin Islands. I am the only officer of Andrarex. I am authorized to bring litigation on behalf of Andrarex.

4. Andrarex owns the following bonds (the "Bonds"), issued by Defendant, the Republic of Argentina ("Argentina"): (a) a nominal amount of $300,000 of bonds with International Securities Identification Number ("ISIN") US040114BE93, maturity date of April 7, 2009, and coupon rate of 11.75 percent ("2009 Bond"); (b) a nominal amount of $900,000 of bonds with ISIN

US040114FC91, maturity date of March 15, 2010, and coupon rate of 11.375 percent ("2010 Bond"); (c) a nominal amount of $200,000 of bonds with ISIN US040114GD65, maturity date of February 21, 2012, and coupon rate of 12.375 percent ("2012 Bond"); (d) a nominal amount of $700,000 of bonds with ISIN US040114GA27, maturity date of June 15, 2015, and coupon rate of 11.75 percent ("2015 Bond"); (e) a nominal amount of $200,000 of bonds with ISIN US040114AV28, maturity date of September 19, 2027, and coupon rate of 9.75 percent ("2027 Bond"); (f) a nominal amount of $330,000 of bonds with ISIN US040114GH79, maturity date of June 19, 2031, and coupon rate of 12 percent ("2031 Bond"). In total, the principal amount owed to Andrarex is $2.630,000.

5. This action seeks to recover the principal amount of $2.630,000, along with accrued and unpaid interest on the Bonds.

6. I understand and accept that the Bonds will be blocked—that is, I will not see or otherwise dispose of them—without Court Order.

I, Sebastian E. Paniza P., declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2007.

*(signature)*
Sebastian E. Paniza P.
President, Andrarex Ltd.
P.O. Box 3099
Road Town
Tortola
British Virgin Islands (BVI)