# EXHIBIT "A"

# Statement of Assets
as of 09 October 2007

**HSBC Private Bank**

**Content**

| | |
|---|---|
| 2 | Detailed Analysis |
| 4 | Detailed Investment Breakdown |
| 5 | Assets added /withdrawn |
| 6 | Disclaimer & Glossary |

**Portfolio**

| | |
|---|---|
| 2565390 | ANDRAREX LIMITED |
| | BLOCKED INVEST |

HSBC PRIVATE BANK (SUISSE) SA    PIAZZA MANZONI, 2    CH 6900 LUGANO
T +41 (0)58 705 30 55   F +41 (0)58 705 30 96   VAT NR. 545842
www.HSBCPRIVATEBANK.COM



## Detailed Analysis of Bonds
Statement of Assets in USD as of 09 October 2007

**2565390   ANDRAREX LIMITED**
**BLOCKED INVEST**

### Distribution by Moody's Rating in USD

| | | |
|---|---|---|
| ■ Ca | 935.184 | 100,00% |

Average Rating   20,00

Total   935.184   100,00%

### Distribution by Maturity in USD

| | | |
|---|---|---|
| ■ Less than 2 Years | 105.720 | 11,30% |
| ■ 2-4 Years | 317.520 | 33,95% |
| ■ 4-6 Years | 72.600 | 7,76% |
| ▓ 6-10 Years | 243.530 | 26,04% |
| ■ 10+ Years | 195.814 | 20,94% |

Total   935.184   100,00%

### Distribution by Modified Duration in USD

| | | |
|---|---|---|
| ■ Less than 2 Years | 105.720 | 11,30% |
| ■ 2-5 Years | 390.120 | 41,72% |
| ■ 5-7 Years | 243.530 | 26,04% |
| ■ 10+ Years | 195.814 | 20,94% |

Average Weighted Duration   5,00

Total   935.184   100,00%

### Distribution by Country Risk in USD

| | | |
|---|---|---|
| ■ Argentina (ARG) | 935.184 | 100,00% |

Total   935.184   100,00%

Page 2 of 6    E. & O.E.

**HSBC Private Bank**

# Detailed Analysis - Bonds future Cash Flow
Statement of Assets in USD as of 09 October 2007

2565390  ANDRAREX LIMITED
BLOCKED INVEST

## Annual projected income flow by month

| Curr | October 07 | November 07 | December 07 | January 08 | February 08 | March 08 | April 08 | May 08 | June 08 | July 08 | August 08 | September | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD | 17.625 | | 62.113 | | 12.375 | 60.938 | 17.625 | | 62.113 | | 12.375 | 60.938 | 306.101 |

Monthly Average Coupon     USD     25.508

Income of Bonds with floating rates has been calculated on the basis of a fixed rate.
These figures only constitute projections, i.e estimations of future incomes, but it should not be considered guaranties of payments.

Page 3 of 6    E. & O.E.

HSBC Private Bank

**HSBC Private Bank**

**Detailed Investment Breakdown**
Statement of Assets in USD as of 09 October 2007

2565390  ANDRAREX LIMITED
BLOCKED INVEST

## Fixed Income

### Bonds

| Curr | Quantity | Description | From/Till | Purchase Price | Cost value / Last Buying Date in USD | Market price / Price date | Market Value/ Accrued Interest in USD | Unreal P&L | P&L with exch | % Rubr | % Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USD | 300.000,00 | ARGENTINA 11,75% NTS 99-7.4.09IN DEFAULT<br>Ref. 629053<br>Rating: Ca<br>Duration: 1,3  Semi-annual | 07.04.1999<br>07.04.2009 | 72,2333 | 216.699,90<br>04.10.2007 | 35,24<br>09.10.2007 | 105.720,00 | -51,21% | -51,21% | 11,30% | 11,30% |
| USD | 900.000,00 | ARGENTINA 11,375% 00-15.3.10 IN DEFAULT<br>Ref. 1058387<br>Rating: Ca<br>Duration: 2,1  Semi-annual | 15.03.2000<br>15.03.2010 | 56,277 | 506.493,00<br>04.10.2007 | 35,28<br>09.10.2007 | 317.520,00 | -37,31% | -37,31% | 33,95% | 33,95% |
| USD | 200.000,00 | ARGENTINA 12,375% 2001-21.2.12GLOBAL IN DEFAULT<br>Ref. 1192997<br>Rating: Ca<br>Duration: 3,4  Semi-annual | 21.02.2001<br>21.02.2012 | 60,00 | 120.000,00<br>04.10.2007 | 36,30<br>09.10.2007 | 72.600,00 | -39,50% | -39,50% | 7,76% | 7,76% |
| USD | 700.000,00 | ARGENTINA 11,75% 00-15.6.15 IN DEFAULT<br>Ref. 1092569<br>Rating: Ca<br>Duration: 5,3  Semi-annual | 15.06.2000<br>15.06.2015 | 65,6214 | 459.349,80<br>04.10.2007 | 34,79<br>09.10.2007 | 243.530,00 | -46,98% | -46,98% | 26,04% | 26,04% |
| USD | 200.000,00 | ARGENTINA 9,75% 1997-19.9.2027IN DEFAULT<br>Ref. 714431<br>Rating: Ca<br>Duration: 10,8  Semi-annual | 19.09.1997<br>19.09.2027 | 80,50 | 161.000,00<br>04.10.2007 | 35,45<br>09.10.2007 | 70.900,00 | -55,96% | -55,96% | 7,58% | 7,58% |
| USD | 330.000,00 | ARGENTINA 12% BONDS 2001-19.6.31 GLOBAL IN DEFAULT<br>Ref. 1248190<br>Rating: Ca<br>Duration: 11,4  Semi-annual | 19.06.2001<br>19.06.2031 | 26,25 | 91.822,50<br>04.10.2007 | 35,71<br>09.10.2007 | 124.913,58 | 36,04% | 36,04% | 13,36% | 13,36% |
| **Total Bonds** | | | | | | | **935.183,58** | | | **100,00%** | **100,00%** |
| **Total Fixed Income** | | | | | | | **935.183,58** | | | | **100,00%** |

Page 4 of 6    E. & O.E.

**2565390  ANDRAREX LIMITED**
BLOCKED INVEST

## Assets Added/ Withdrawn
Statement of Assets in USD as of 09 October 2007

### Movements Added/Withdrawn from 01.10.2007 - 09.10.2007

| Currency | In / Out | Date | Operation | Security | Security Price | Transaction Amount | Amount in USD |
|---|---|---|---|---|---|---|---|
| **Securities Delivered/Withdrawn** | | | | | | | |
| USD | IN | 04.10.2007 | SF 126457 | ARGENTINA 11,7%09DFLT | 72,2333 | 105.540,00 | 105.540,00 |
| USD | IN | 04.10.2007 | SF 126459 | ARGENTINA 9,75%27DFLT | 80,50 | 70.600,00 | 70.600,00 |
| USD | IN | 04.10.2007 | SF 126461 | ARGENTINA 11,375DFLT | 56,277 | 318.420,00 | 318.420,00 |
| USD | IN | 04.10.2007 | SF 126463 | ARGENTINA 11,7%15DFLT | 65,6214 | 243.600,00 | 243.600,00 |
| USD | IN | 04.10.2007 | SF 126465 | ARGENTINA 12,3%12DFLT | 60,00 | 72.640,00 | 72.640,00 |
| USD | IN | 04.10.2007 | SF 126467 | ARGENTINA 12% 31DFLT | 26,25 | 123.444,42 | 123.444,42 |
| **Total USD** | | | | | | 934.244,42 | 934.244,42 |

Total Security Movements  934.244,42

E. & O.E.

Page 5 of 6

**HSBC Private Bank**